IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JAMES MELVIN LEWIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 14-cv-0356-FJG

## JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

pursuant to Doc. No. 13 filed on 09/08/14, plaintiff's motion to stay discovery and plaintiff's motion for summary judgment are denied. It is further ORDERED that

pursuant to Doc. No. 30 filed on 08/24/2015, the United States' motion to dismiss or, in the Alternative, for Summary Judgment is **GRANTED**. Case is **DISMISSED WITH PREJUDICE.**


August 24, 2015                                                       Paige Wymore-Wynn
Dated                                                                  Acting Clerk of Court

August 24, 2015                                                       /s/ Rhonda Enss
Entered                                                               (by) Deputy Clerk